**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 190 WAL 2020

           Respondent              :

                             :    Petition for Allowance of Appeal
                             :    from the Order of the Superior Court

           v.                         :

                             :

LAUREN O'CONNOR,               :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 15th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.